| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Western District of Virginia** | |
| Case number (if known): _____   Chapter **11** | ☐ Check if this is an amended filing |

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **VPR, LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | **Virginia Pro Roofing** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 0 6 8 0 5 8 0** | |
| **4. Debtor's address** | **Principal place of business**  _____  **2023 Hudson Hollow Rd**  Number    Street  **Stephens City, VA 22655-3348**  City         State   ZIP Code  **Frederick**  County | **Mailing address, if different from principal place of business**  **P.O. Box 3336**  Number    Street  **Winchester, VA 22604**  City         State   ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number    Street  _____  City         State   ZIP Code |
| **5. Debtor's website (URL)** | **www.virginiaproroofing.com** | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☑ Other. Specify:   **Limited Liability Company** | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **VPR, LLC**  
Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2  3  8  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____
                          MM / DD / YYYY
Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **2**

Debtor **VPR, LLC**  Case number *(if known)*
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>_____<br>City  State  ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49 ☐ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **VPR, LLC**  
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/10/2024**  
MM/ DD/ YYYY

X  **/s/ Joseph A. Eshelman**  
Signature of authorized representative of debtor

**Joseph A. Eshelman**  
Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ David Cox**  
Signature of attorney for debtor

Date  **06/10/2024**  
MM/ DD/ YYYY

**David Cox**  
Printed name

**Cox Law Group**  
Firm name

**900 Lakeside Drive**  
Number    Street

**Lynchburg**  **VA**  **24501**  
City    State    ZIP Code

_____  
Contact phone

**david@coxlawgroup.com**  
Email address

**38670**  **VA**  
Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

**Fill in this information to identify the case:**

Debtor name **VPR, LLC**

United States Bankruptcy Court for the: **Western District of Virginia**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/10/2024**
MM/ DD/ YYYY

X **/s/ Joseph A. Eshelman**
Signature of individual signing on behalf of debtor

**Joseph A. Eshelman**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **VPR, LLC**

United States Bankruptcy Court for the:
**Western District of Virginia**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ABC Supply<br>P.O. Box 415636<br>Boston, MA 02291-5636 | | | | | | $227,717.50 |
| 2 | Action Sheet Metal<br>5617 Vine Street<br>Alexandria, VA 22310 | | | | | | $40,347.00 |
| 3 | Atlantic Union Bank<br>Elan Financial Services<br>Hawks Nest Lane<br>Saint Louis, MO 63179-0408 | | | | | | $9,219.76 |
| 4 | Beacon Building Supplies<br>P.O. Box 100639<br>Atlanta, GA 30384-0639 | | | | | | $40,608.69 |
| 5 | Ford Credit<br>P.O. Box 35910<br>Cleveland, OH 44135-0910 | | | | $73,450.63 | $50,394.00 | $23,056.63 |
| 6 | Ford Credit<br>P.O. Box 35910<br>Cleveland, OH 44135-0910 | | Security Agreement | | $63,503.39 | $54,764.00 | $8,739.39 |
| 7 | Goldman Financial<br>Atty Lisa Clark 107 Hillside Drive #202<br>Lewisville, TX 75057 | | They did nothing | Disputed | | | $7,500.00 |
| 8 | HM Roofing Inc<br>179 Castlebridge Court #10<br>Winchester, VA 22602 | | | | | | $234,395.00 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor **VPR, LLC**  Case number *(if known)*
Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ibarra Street Metal<br>243 Broad Avenue<br>Winchester, VA 22602 | | | | | | $38,900.00 |
| 10 | Metal Tech<br>9722 Fleetwood Wy<br>Frederick, MD 21701 | | | | | | $15,981.73 |
| 11 | National Funding<br>4380 La Jalla Village Drive<br>San Diego, CA 92122 | | Loan | Disputed<br>Unliquidated | $97,106.94 | $244,564.62 | $97,106.94 |
| 12 | Sheffield Financial<br>P.O. Box 25127<br>Winston Salem, NC 27114 | | Security Agreement | | $38,871.94 | $37,140.00 | $1,731.94 |
| 13 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701 | | Security Agreement | | $497,273.09 | $301,847.74 | $483,659.13 |
| 14 | VOX Funding<br>100 Park Avenue Floor 26<br>New York, NY 10017 | | Purported Security Agreement and/or Merchant Cash Advance | Disputed<br>Unliquidated | $180,175.00 | $249,764.62 | $180,175.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE: **VPR, LLC**                                                                                    CASE NO

                                                                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/10/2024**          Signature          **/s/ Joseph A. Eshelman**
                                                  Joseph A. Eshelman, Manager

| | | |
|---|---|---|
| ABC Supply<br>P.O. Box 415636<br>Boston, MA 02291-5636 | Action Sheet Metal<br>5617 Vine Street<br>Alexandria, VA 22310 | Atlantic Union Bank<br>Elan Financial Services<br>Hawks Nest Lane<br>Saint Louis, MO 63179-0408 |
| Beacon Building Supplies<br>P.O. Box 100639<br>Atlanta, GA 30384-0639 | Century Debt Relief<br>30 Montgomery Street Ste. 1200<br>Jersey City, NJ 07302 | Joseph Eshelman<br>1966 Hudson Hollow Road<br>Stephens City, VA 22655 |
| Sheila Eshelman<br>2023 Hudson Hollow Road<br>Stephens City, VA 22655 | First Bank<br>112 West King Street<br>Strasburg, VA 22657 | First Bank<br>c/o Hannah W. Hutman<br>342 South Main Street<br>Harrisonburg, VA 22801 |
| Ford Credit<br>P.O. Box 35910<br>Cleveland, OH 44135-0910 | Goldman Financial<br>Atty Lisa Clark 107 Hillside Drive #202<br>Lewisville, TX 75057 | HM Roofing Inc<br>179 Castlebridge Court #10<br>Winchester, VA 22602 |
| Ibarra Street Metal<br>243 Broad Avenue<br>Winchester, VA 22602 | Internal Revenue Service**<br>Unit 400<br>Box 76<br>Richmond, VA 23219-0000 | Joseph Eshelman<br>1966 Hudson Hollow Rd<br>Stephens City, VA 22655 |
| Joseph Eshelman<br>1966 Hudson Hollow Road<br>Stephens City, VA 22655 | Joseph Eshelman and Sheila Eshelman<br>1966 Hudson Hollow Rd<br>Stephens City, VA 22655 | Metal Tech<br>9722 Fleetwood Wy<br>Frederick, MD 21701 |
| National Funding<br>4380 La Jalla Village Drive<br>San Diego, CA 92122 | Sheffield Financial<br>P.O. Box 25127<br>Winston Salem, NC 27114 | Sheila Eshelman<br>2023 Hudson Hollow Road<br>Stephens City, VA 22655 |
| Sheila Eshelman and Joseph Eshelman<br>2023 Hudson Hollow Road<br>Stephens City, VA 22655 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701 | U.S. Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416 |
| Va Department Of Taxation*<br>Bankruptcy Unit<br>P O Box 2156<br>Richmond, VA 23218-0000 | VOX Funding<br>100 Park Avenue Floor 26<br>New York, NY 10017 | VPR, LLC<br>P.O. Box 3336<br>Winchester, VA 22604 |